UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| RHETT IRONS, aka Lucky, Luck BARRY HORN, NICHOLAS STARTZMAN, aka Nasty, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' unopposed motion for a protective order regarding investigative materials disclosed to the defendant. Having considered the entirety of the record and files herein, the Court finds that based upon the good cause shown,

IT IS HEREBY ORDERED that the investigative provided to the defense shall be limited to defense counsel, and others to whom disclosure may be necessary to assist with the preparation of the defense. Defense counsel may review these materials with the defendant, but may not provide the defendant with his own copy. To assist with the review of discovery materials by any defendant in custody, counsel may provide discovery materials on a disk for review by the defendant according to the regulations of the Federal Detention Center for protected materials.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      IT IS HEREBY FURTHER ORDERED that the defendant, defense counsel, and

2 others to whom disclosure may be necessary to assist with the preparation of the

3 defendant's case, shall not disclose the existence or contents of the discovery, other than

4 as necessary for the preparation and presentation of their case.

5      The parties may move to amend this order as the litigation proceeds.

6

7      DATED this 6th day of March, 2019.

8

9

10           The Honorable Richard A. Jones

11           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970