Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RHETT IRONS,

Defendant.

No. CR19-35RAJ

ORDER ON MOTION TO
WITHDRAW AND FOR
SUBSTITUTION OF COUNSEL

THIS MATTER comes before the court on Defendant Rhett Irons' Motion for Withdrawal and Substitution of Counsel. The court has reviewed Defendant Irons' motion, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant Rhett Irons' Motion for Withdrawal and Substitution of Counsel (Dkt. #42) is GRANTED. Jesse Cantor and the Federal Public Defender may withdraw as counsel for Defendant Rhett Irons, and Robert W. Goldsmith may substitute as counsel in their place.

DATED this 11th day of March, 2019.

*Richard A Jones*
The Honorable Richard A. Jones
United States District Judge