The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHETT IRONS, aka "Lucky", "Luck",<br><br>Defendant. | NO. CR19-035RAJ<br><br>ORDER GRANTING MOTION TO SEAL UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR REVIEW AND REVOCATION OF DETENTION ORDER |

Having considered the United States' Motion to Seal in the above-captioned case and the reasons set forth therein, and finding good cause,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. #47) is GRANTED. The United States' Response to Defendant's Motion for Review and Revocation of Detention Order and its Exhibits shall be sealed and remain sealed until further order of the Court.

DATED this 2nd day of April, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Rhett Irons*, CR19-035RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970