1          Hon. Richard A. Jones

2

3
                    UNITED STATES DISTRICT COURT
4                  WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
5

6   UNITED STATES OF AMERICA,          No. CR19-35RAJ

7                  Plaintiff,

8           v.                         MINUTE ORDER

9   RHETT IRONS,

10                 Defendant.

11

12        The clerk issues the following minute order by the authority of the Honorable

13   Richard A. Jones, United States District Court Judge:

          Defendant's Appearance Bond executed April 10, 2019, is modified to add the
14
     following condition:
15
               Defendant is subject to Pretrial Services supervision by the
16             Pretrial Services Office of the Court and must abide by such of
               the general and special conditions of release as that office shall
17             impose. Defendant must report to the Office of Pretrial
               Services, (206) 370-8950, United States Courthouse, 700
18             Stewart Street, Seattle, Washington within 24 hours of
               Defendant's release unless released during a weekend or on a
19             holiday in which case Defendant must report at 9:00am the
               following court day.
20

21

22        All other conditions of the Appearance Bond remain in full force and effect.

23        DATED this 10th day of April, 2019.

24                                     WILLIAM M. McCOOL,
                                       Clerk of the Court
25

26                                      /s/ Victoria Ericksen
                                       Deputy Clerk to Hon. Richard A. Jones


MINUTE ORDER – 1