1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RHETT IRONS,

Defendant.

No. CR19-035RAJ

ORDER OF DISMISSAL
OF COUNT 4

THIS MATTER comes before the Court upon the notice of the United States for leave to dismiss Count 4 of the Indictment in this matter as to Defendant Rhett Irons.

IT IS HEREBY ORDERED:

Count 4 is dismissed without prejudice in the above-captioned case as to Defendant Rhett Irons.

DATED this 19th day of September, 2019.

_____
The Honorable Richard A. Jones
United States District Judge