The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT IRONS' MOTION TO SEAL |
| v. | |
| RHETT IRONS, | |
| Defendant. | |

Having considered Defendant Rhett Irons' Motion to Seal his Motion and Memorandum to Dismiss Indictment, and Exhibits 1, 2, 3, and 4, filed under seal, and finding good cause,

IT IS ORDERED that Defendant Irons' Motion to Seal (Dkt. #104) is GRANTED. Defendant Irons' Motion and Memorandum to Dismiss Indictment and Exhibits 1, 2, 3, and 4 shall remain under seal.

DATED this 23rd day of October, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge