The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL STIPULATION AND PROPOSED ORDER FOR EXTENSION OF NOTING DATE AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| RHETT IRONS, | |
| Defendant. | |

This matter has come before the Court on the United States' motion to seal the Stipulation and Proposed Order for Extension of Noting Date and Response to Defendant's Motion to Dismiss. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Stipulation and Proposed Order for Extension of Noting Date and Response to Defendant's Motion to Dismiss due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the United States' Motion to Seal (Dkt. #106) is GRANTED. The Stipulation and Proposed Order for Extension of Noting Date and Response to Defendant's Motion to Dismiss shall be filed under seal.

DATED this 23rd day of October, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Rhett Irons*, CR19-035RAJ