U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>RHETT IRONS,<br><br>               Defendant. | NO.   CR19-035RAJ<br><br>ORDER GRANTING LEAVE<br>TO FILE OVERLENGTH<br>RESPONSE BRIEF |

The Court, having reviewed the United States' Unopposed Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #111) is GRANTED. The United States may file its Response to Defendant's Motion to Dismiss (Dkt. #105) in excess of 12 pages, but not more than 15 pages.

DATED this 24th day of October, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970