Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>     Plaintiff, )<br> )<br> v. )<br> )<br>RHETT IRONS, )<br> )<br>     Defendant. )<br>_____ ) | NO. CR19-035RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THE COURT, having considered Defendant Rhett Irons' Motion to Seal his Motion and Memorandum to Suppress Evidence and Exhibits 1, 2, and 3 filed under seal, and finding good cause,

It is hereby ORDERED that Defendant Irons' Motion to Seal (Dkt. #115) is GRANTED. Defendant Irons' Motion and Memorandum to Suppress Evidence and Exhibits 1, 2, and 3 shall remain under seal.

DATED this 28th day of October, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592