Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| RHETT IRONS, | |
| Defendant. | |

THE COURT, having considered Defendant Rhett Irons' Motion to Seal his Supplemental Exhibit 5 in Support of his Motion to Dismiss, and finding good cause,

It is hereby ORDERED that Defendant Irons' Motion to Seal (Dkt. #120) is GRANTED. Defendant Irons' Supplemental Exhibit 5 to his Motion to Dismiss shall remain under seal.

DATED this 1st day of November, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592