Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| RHETT IRONS, | |
| Defendant. | |

THE COURT, having considered Defendant Rhett Irons' Motion to Seal his Reply relating to his Motion to Suppress, and finding good cause,

It is hereby ORDERED that Defendant Irons' Motion to Seal (Dkt. #126) is GRANTED. Defendant Irons' Reply relating to his Motion to Suppress shall remain under seal.

DATED this 8th day of November, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592