The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHETT IRONS aka "Lucky," "Luck,"<br><br>Defendant. | NO. CR19-035RAJ<br><br>ORDER GRANTING MOTION TO SEAL UNITED STATES' SUPPLEMENTAL EXHIBIT LIST |

Having considered the United States' Motion to Seal in the above-captioned case and the reasons set forth therein, and finding good cause,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. #143) is GRANTED. The United States' Supplemental Exhibit List shall be sealed and remain sealed until further order of the Court.

DATED this 27th day of November, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970