|  | The Honorable Richard A. Jones |
|---|---|

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL UNITED STATES' SUPPLEMENTAL WITNESS LIST |
| RHETT IRONS aka "Lucky," "Luck," | |
| Defendant. | |

Having considered the United States' Motion to Seal in the above-captioned case and the reasons set forth therein, and finding good cause,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. #156) is GRANTED. The United States' Supplemental Exhibit List shall be sealed and remain sealed until further order of the Court.

DATED this 2nd day of December, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge