UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHETT IRONS aka "Lucky," "Luck,"<br><br>Defendant. | NO. CR19-035RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

Having considered the United States' Motion to Seal in the above-captioned case and the reasons set forth therein, and finding good cause,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. #164) is GRANTED. The United States' Exhibits A and B to its Response to Defendant's Motions in Limine shall be sealed and remain sealed until further order of the Court.

DATED this 2nd day of December, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge