Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR19-035RAJ |
| | ) |
| v. | ) ORDER ON IRONS' |
| | ) MOTION TO SEAL |
| RHETT IRONS, | ) |
| | ) |
| Defendant. | ) |

Having considered Defendant Rhett Irons' Motion to Seal his Trial Brief and Motions in Limine, and finding good cause,

THE COURT ORDERS THAT Defendant Irons' Motion to Seal (Dkt. #161) is GRANTED and that his Trial Brief and Motions in Limine shall remain under seal.

DATED this 2nd day of December, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER ON IRONS' MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592