Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RHETT IRONS,

          Defendant.

NO. CR19-035RAJ

ORDER ON IRONS' MOTION TO SEAL

Having considered Defendant Rhett Irons' Motion to Seal his motion for pretrial ruling regarding witness' destruction of evidence, and finding good cause,

THE COURT ORDERS THAT Defendant Irons' Motion to Seal (Dkt. #149) is GRANTED and Defendant Irons' motion for pretrial ruling regarding witness' destruction of evidence shall remain under seal.

DATED this 3rd day of December, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592