UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
| Plaintiff, | |
| v. | ORDER ON PRODUCTION OF CO-DEFENDANTS' PROBATION AND PRETRIAL REPORTS |
| RHETT IRONS, aka "Lucky," "Luck," | |
| Defendant. | |

The defendant filed a Motion for *In Camera* Review of Co-Defendants' Probation and Pretrial Reports (Dkt. #136). Defendant is specifically asking the court to review these reports as they may contain *Brady/Giglio* material. The government has responded they do not oppose the *in camera* review of co-defendant Nicholas Startzman's, Barry Horn's and Samuel McKeeman's Pretrial reports for *Brady/Giglio* material (Dkt. #139). If the Court elects to produce any portion of the reports, the government asks that the respective attorneys for these co-defendants have the opportunity to review material before disclosure.

The Court has completed its review of the Pretrial reports and the supplemental Pretrial reports. As of the date of this Order, no presentence reports of these co-

defendants have been prepared.  As to the Pretrial Reports, the Court has redacted copies of those documents and will provide them to the attorneys for the government at the Pretrial Conference set for December 5, 2019.  The Court will then undertake a discussion with the parties regarding a schedule for production to the co-defendants' attorneys and subsequent production to the defense.

DATED this 4th day of December, 2019.


Richard A Jones
_____
The Honorable Richard A. Jones
United States District Judge