Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>RHETT IRONS,<br><br>      Defendant. | NO. CR19-035RAJ<br><br>ORDER ON IRONS'<br>MOTION TO SEAL |

Having considered Defendant Rhett Irons' Motion to Seal the Declaration of Isaac Felder, filed on December 5, 2019, and finding good cause,

THE COURT ORDERS THAT Defendant Irons' Motion to Seal (Dkt. #192) is GRANTED. The Declaration of Isaac Felder, filed on December 5, 2019, shall remain under seal.

DATED this 5th day of December, 2019.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592