Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RHETT IRONS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR19-035RAJ <br><br> ORDER ON IRONS' <br> MOTION TO SEAL |

Having considered Defendant Rhett Irons' Motion to Seal his Second Revised Exhibit List, and finding good cause,

THE COURT ORDERS THAT Defendant Irons' Motion to Seal (Dkt. #203) is GRANTED and Defendant Irons' Second Revised Exhibit List shall remain under seal.

DATED this 11th day of December, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592