The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RHETT IRONS aka "Lucky," "Luck,"

Defendant.

NO. CR19-035RAJ

ORDER GRANTING MOTION TO
SEAL ADMITTED TRIAL EXHIBITS

Having considered the United States' Motion to Seal in the above-captioned case and the reasons set forth therein, and finding good cause,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. #222) is GRANTED. The Admitted Trial Exhibits Nos. 26, 104B, 104C, 104D, 104E, 104F, 108A, 109, 203, 300, 301A, 301B, 301C, 301D, and 308 shall be sealed and remain sealed until further order of the Court.

DATED this 23rd day of December, 2019.

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970