UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RHETT IRONS, et al., <br><br> Defendant. | NO. CR19-35 RAJ <br><br> ORDER GRANTING UNITED STATES' MOTION TO SEAL RESPONSE TO DEFENDANT IRONS' MOTION TO CONTINUE SENTENCING |

THIS MATTER comes before the Court on the Government's Motion to Seal. Having considered the motion, and the files and pleadings herein, and finding good cause,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #248) is GRANTED. The Government's Response to Defendant Irons' Motion to Continue Sentencing shall remain under seal.

DATED this 18th day of February, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Sealing Response to Defendant Irons'
Motion to Continue Sentencing - 1
*United States v. Rhett Irons, et al.* /CR19-35 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970