The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RHETT IRONS,

Defendant.

NO. CR19-035RAJ

ORDER DENYING DEFENDANT
IRONS' MOTION TO CONTINUE
SENTENCING

THIS MATTER comes before the Court on Defendant Irons' Motion to Continue Sentencing. Having considered the motion, the Government's response, Defendant's Supplement to Motion to Continue Sentencing, the Government's Response to Defendant's Supplement to Motion to Continue Sentencing, and the files and pleadings herein,

IT IS ORDERED that Defendant Irons' Motion to Continue Sentencing (Dkt. #246) is DENIED. Defendant Irons' sentencing shall proceed as scheduled on March 6, 2020, at 2:30 p.m.

DATED this 19th day of February, 2020.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge