Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) NO. CR19-035RAJ |
| Plaintiff, | ) |
| v. | ) ORDER ON IRONS' |
| | ) MOTION TO SEAL |
| | ) |
| RHETT IRONS, | ) |
| | ) |
| Defendant. | ) |

Having considered Defendant Rhett Irons' Motion to Seal Defendant Irons' Sentencing Memorandum, and finding good cause,

THE COURT ORDERS THAT Defendant Irons' Motion to Seal (Dkt. #257) is GRANTED and Defendant Irons' Sentencing Memorandum shall remain under seal.

DATED this 6th day of March, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592