HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-035RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE |
| RHETT IRONS, | ) | |
| Defendant. | ) | |

This Court has reviewed the Defendant's unopposed motion to extend his self-surrender date, and has reviewed the records and files in this case.

IT IS NOW ORDERED that Defendant's unopposed motion to extend self-surrender date (Dkt. #266) is GRANTED. The date by which Mr. Irons must report to FCI La Tuna is extended from April 28, 2020, to no sooner than July 28, 2020.

DATED this 31st day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND
SELF-SURRENDER DATE
(*Rhett Irons*, No.CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**