The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHETT IRONS,<br><br>Defendant. | NO. CR19-035RAJ<br><br>ORDER DENYING DEFENDANT IRONS' MOTION TO MODIFY BOND CONDITION |

THIS MATTER comes before the Court on Defendant Irons' Motion to Modify Bond Condition. Having considered the Motion, the Government's Response, and the files and pleadings herein,

IT IS ORDERED that Defendant Irons' Motion to Modify Bond Condition to permit contact with witness Deana West (Dkt. #268) is DENIED. Defendant Irons may renew his motion after he self-surrenders to serve his custodial term. Any such motion must be accompanied by a certification from Deana West that she agrees the no-contact bond condition may be lifted.

DATED this 27th day of April, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge