The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-035RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION |
| RHETT IRONS, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Rhett Irons' Motion to Reconsider Order Denying Motion to Modify Bond Condition. Dkt. 279. Having considered the Motion, the Government's Response, Defendant's Reply, and the files and pleadings herein,

IT IS ORDERED that Defendant Rhett Irons' Motion to Reconsider Order Denying Motion to Modify Bond Condition to permit contact with witness Deanna West (Dkt. 279) is **GRANTED IN PART**. Mr. Irons' family is permitted to have contact with Ms. West in order to facilitate with custody arrangements and so that she may have contact with his children.

DATED this 2nd day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge