HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-035RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DKT. 266 |
| RHETT IRONS, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion to seal the unopposed motion to extend the self-surrender date and exhibits, Dkt. #266. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #286) is GRANTED. Defendant's unopposed motion to extend the self-surrender date and exhibits, filed under Dkt. 266, shall be sealed.

DATED this 13th day of July, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Rhett Irons*, No.CR19-035-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100