HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR19-035RAJ |
|                Plaintiff,          ) | |
|                          ) | ORDER GRANTING |
|            v.                                 ) | MOTION TO SEAL |
| RHETT IRONS,                              ) | |
|                Defendant.    ) | |

THIS MATTER has come before the undersigned on Defendant Rhett Irons' motion to file his second motion to extend the self-surrender date under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant Rhett Irons' Motion to Seal (Dkt. 284) is GRANTED.  Defendant Irons' Motion to Extend Self-Surrender Date, filed under Dkt. #285, shall remain under seal.

DATED this 13th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Rhett Irons*, No.CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**