HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR19-035RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING SECOND |
| v. ) | MOTION TO EXTEND |
| ) | SELF-SURRENDER DATE |
| RHETT IRONS, ) | |
| Defendant. ) | |

THIS COURT, having reviewed Defendant Rhett Irons' Second Motion to Extend Self-Surrender Date, the Government's response, and the records and files in this case.

IT IS NOW ORDERED that Defendant's Second Motion to Extend Self-Surrender date (Dkt. #285) is GRANTED.  The date by which Mr. Irons must report to FCI La Tuna is extended 90 days, from July 28, 2020, to no sooner than October 26, 2020.

DATED this 13th day of July, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND
SELF-SURRENDER DATE
(*Rhett Irons*, No.CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**