HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-035RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS |
| RHETT IRONS, | |
| Defendant. | |

This Court, having reviewed the Defendant's unopposed motion to modify the bond conditions, and the records and files in this case,

IT IS ORDERED that Defendant Rhett Irons' Unopposed Motion to Modify Bond Conditions (Dkt. #314) is GRANTED. It is ordered that the special condition requiring a third-party custodian is stricken and the following special condition is imposed in its place: "Defendant shall maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services."

DATED this 14th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO MODIFY BOND CONDITIONS
(*Rhett Irons*, No. CR19-035-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100