HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-035-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| RHETT IRONS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion to file the third motion to extend the self-surrender date under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #319) is GRANTED. Defendant's motion to extend the self-surrender date shall remain under seal.

DATED this 1st day of October, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(*USA v. Irons* / CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**