HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-035RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING THIRD MOTION TO EXTEND SELF-SURRENDER DATE |
| RHETT IRONS, | |
| Defendant. | |

This Court has reviewed Defendant's third motion to extend his self-surrender date, and has reviewed the records and files in this case, and finding good cause,

IT IS NOW ORDERED that the motion (Dkt. #320) is GRANTED. The date by which Mr. Irons must report to FCI La Tuna is extended 90 days, from October 26, 2020, to no sooner than January 26, 2021.

DATED this 1st day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND
SELF-SURRENDER DATE
(*Rhett Irons*, No.CR19-035-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100