HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,                   ) | No. CR19-035-RAJ |
| Plaintiff,                                                  ) | |
| v.                                                            ) | ORDER GRANTING |
| RHETT IRONS,                                         ) | MOTION TO SEAL |
| Defendant.                                              ) | |

THIS MATTER has come before the undersigned on Defendant Irons' motion to file the fourth motion to extend the self-surrender date under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. # 332) is GRANTED. Defendant's Motion to Extend Self-Surrender Date shall remain under seal.

DATED this 21st day of December, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTION TO SEAL
(*USA v. Irons* / CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100