HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RHETT IRONS, <br><br> Defendant. | No. CR19-035RAJ <br><br> ORDER GRANTING FOURTH MOTION TO EXTEND SELF-SURRENDER DATE |

This Court, having reviewed Defendant Rhett Irons' fourth motion to extend his self-surrender date, having reviewed the records and files in this case, and finding good cause,

IT IS NOW ORDERED that the motion (Dkt. # 333) is GRANTED.  The date by which Mr. Irons must report to FCI La Tuna is extended 90 days, from January 26, 2021, to no sooner than April 26, 2021.

DATED this 21st day of December, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND
SELF-SURRENDER DATE
(*Rhett Irons*, No.CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**