HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-035-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| RHETT IRONS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on Defendant Irons' motion to file his fifth motion to extend his self-surrender date under seal. The Court has considered the motion and the records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant Irons' Motion to Seal (Dkt. # 337) is GRANTED and his motion to extend the self-surrender date be filed under seal.

DATED this 23rd day of March, 2021.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(*USA v. Irons* / CR19-035-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100