HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHETT IRONS,<br><br>Defendant. | No. CR19-035RAJ<br><br>ORDER GRANTING IN PART FIFTH MOTION TO EXTEND SELF-SURRENDER DATE |

This Court, having reviewed Defendant Rhett Irons' fifth motion to extend his self-surrender date, having reviewed the records and files in this case, and finding good cause,

IT IS NOW ORDERED that the motion (Dkt. # 338) is GRANTED in part. The date by which Mr. Irons must report to FCI Terminal Island is extended 60 days, from April 26, 2021, to no sooner than June 25, 2021.

DATED this 23rd day of March, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND
SELF-SURRENDER DATE
(*Rhett Irons*, No.CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100