HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00035-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| RHETT IRONS, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Defendant Rhett Irons' motion to file his sixth motion to extend the self-surrender date under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion to Seal (Dkt. # 341) is GRANTED. Defendant's sixth motion to extend the self-surrender date shall remain filed under seal.

DATED this 15th day of June, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(*USA v. Irons* / 2:19-cr-00035-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100