HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00035-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART SIXTH MOTION TO EXTEND SELF-SURRENDER DATE |
| RHETT IRONS, | |
| Defendant. | |

This Court, having reviewed the Defendant Rhett Irons's sixth motion to extend his self-surrender date, and the records and files in this case,

IT IS NOW ORDERED that the motion (Dkt. # 342) is GRANTED IN PART. The date by which Mr. Irons must report to FCI Terminal Island is extended 30 days, from June 25, 2021, to no sooner than July 26, 2021.

Absent extraordinary circumstances, there will be no further extensions of Defendant's self-surrender date.

DATED this 15th day of June, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART MOTION
TO EXTEND SELF-SURRENDER DATE
(*Rhett Irons*, No. 2:19-cr-00035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100