The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RHETT IRONS,<br><br>　　　　　　　Defendant. | NO. 2:19-cr-00035-RAJ<br><br>ORDER SETTING TRIAL DATE |

This matter comes before the Court on the stipulated motion of the parties to set a trial date of February 27, 2023. The Court, being fully advised, finds and rules as follows:

On December 12, 2019, Defendant was convicted in this Court after a four-day jury trial on three counts – one count conspiracy to distribute fentanyl, one count possession of a firearm in furtherance of a drug trafficking crime, and one count possession of fentanyl with intent to distribute. Defendant was sentenced to a combined sentence of 180 months on March 6, 2020.

On April 11, 2022, the Ninth Circuit Court of Appeals reversed the firearms conviction, and only the firearms conviction, and remanded this matter back to this Court for further proceedings. Defendant had begun serving his sentence and is housed at FCI Terminal Island, California, and is in the process of being transferred back to this District.

ORDER SETTING TRIAL DATE - 1
*United States v. Irons* / 2:19-cr-00035CR19-035-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court finds that February 27, 2023 is an appropriate trial date. Setting a trial for that date will provide enough time for defendant to be transferred back to this District from his current place of confinement, sufficiently in advance of trial to permit counsel for the defense time to confer with his client and prepare for trial. It will also provide counsel for both parties – neither of which were lead counsel at the original trial in this matter – sufficient time to otherwise review the discovery and evidence and prepare for trial.

The Court further finds that a trial date earlier than February 27, 2023 will not provide counsel sufficient time for effective preparation for either party, taking into account the exercise of due diligence, and would result in a potential miscarriage of justice, all within the meaning of 18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv).

Accordingly, based on the foregoing, now therefore it is hereby:

ORDERED that the trial of this matter is set for February 27, 2023, at 9:00 a.m.

IT IS FURTHER ORDERED that the time between this order and said trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 28th day of July, 2022.

*Richard A. Jones*

HON. RICHARD A. JONES
United States District Judge

ORDER SETTING TRIAL DATE - 2
*United States v. Irons* / 2:19-cr-00035CR19-035-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970