The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00035-RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING MOTION TO SEAL |
| RHETT IRONS, | |
| Defendant. | |

Having reviewed the Government's Motion to Seal Supplemental Exhibit List, the Court finds that the interest in sealing the document outweighs the public interest in access to this particular document. Accordingly, it is hereby ORDERED that the Motion to Seal (Dkt. 367) is GRANTED. The supplemental exhibit list will remain under seal.

DATED this 16th day of February, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge