The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>RHETT IRONS,<br>Defendant. | Case No. 2:19-cr-00035-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

Having considered Defendant Rhett Irons's Motion to Seal defense trial exhibit number 710, having reviewed exhibit number 710, and considering the same exhibit was previously sealed,

The Court ORDERS that Defendant Rhett Irons's Motion to Seal (Dkt. 379) is GRANTED Defendant's trial exhibit number 710 shall remain sealed.

DATED this 27th day of February, 2023.

The Honorable Richard A. Jones
United States District Judge