Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RHETT IRONS, <br><br> Defendant. | No. 2:19-cr-00035-RAJ <br><br> ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12-member jury in the above entitled action which was in deliberation on March 2, 2023.

DATED this 2nd day of March, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER RE: JUROR LUNCHES – 1