The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RHETT IRONS<br><br>Defendant. | NO. 2:19-cr-00035-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |

Having considered the Government's Motion to Seal, and because of the sensitive information contained in Admitted Trial Exhibit 710,

It is hereby ORDERED that the Motion to Seal (Dkt. 404) is GRANTED. Admitted Trial Exhibit 710 shall remain sealed.

DATED this 17th day of March, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
*United States v. Rhett Irons* / 2:19-cr-00035-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970